UNITED STATES of America,
Plaintiff–Appellee,

v.

Victor John WALKER, Defendant–Appellant.

No. 10–15148.

United States Court of Appeals,
Eleventh Circuit.

June 14, 2011.

Judy K. Hunt, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, Samuel D. Armstrong, Assistant U.S. Attorney, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Charles E. Taylor, Jr., Law Office of Charles E. Taylor, Jr., Orlando, FL, for Defendant–Appellant.

Victor John Walker, Coleman, FL, pro se.

Before EDMONDSON, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Charles E. Taylor, appointed counsel for Victor John Walker in this direct crim-

inal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record, including Walker's response to counsel's motion to withdraw, reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Walker's convictions and sentences are **AFFIRMED.**